AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

*[FILED CLERK U.S. DISTRICT COURT MAR 21 2009 CENTRAL DISTRICT OF CALIFORNIA BY ___ DEPUTY]*

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **for the Cent. Dist. of California** on the following ☒ Patents or ☐ Trademarks:

| DOCKET NO.<br>CV 07-1822 FMC (JCx) | DATE FILED<br>3/20/2007 | U.S. DISTRICT COURT<br>for the Cent. Dist. of California |
|---|---|---|
| PLAINTIFF<br>Toyota Motor Corporation | | DEFENDANT<br>Hyundai Motor Company and Hyundai Motor America |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 4,938,096 | 7/3/1990 | Toyota Motor Corporation |
| 2 | 4,994,006 | 2/19/1991 | Toyota Motor Corporation |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| see attached |

| CLERK<br>Terry Nafisi | (BY) DEPUTY CLERK<br>MADELINA GUERRERO | DATE<br>FEB - 9 2009 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

```
 1 | Steven P. Weihrouch (admitted pro hac vice)
   | Richard D. Kelly (admitted pro hac vice)
 2 | Robert C. Mattson (admitted pro hac vice)
   | Alexander E. Gasser (admitted pro hac vice)
 3 | Eric W. Schweibenz (admitted pro hac vice)
   | OBLON, SPIVAK, McCLELLAND,
 4 |    MAIER & NEUSTADT, P.C.
   | 1940 Duke Street
 5 | Alexandria, Virginia 22314
   | Telephone: (703) 413-3000
 6 | Facsimile: (703) 413-2220
   | sweihrouch@oblon.com
 7 | rkelly@oblon.com
   | rmattson@oblon.com
 8 | agasser@oblon.com
   | eschweibenz@oblon.com
 9 |
   | Jeffrey D. Wexler, State Bar No. 132256
10 | LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   | 601 South Figueroa, Suite 3900
11 | Los Angeles, California 90017
   | Telephone.: (213) 892-4992
12 | Facsimile: (213) 892.7731
   | jwexler@luce.com
13 |
   | Attorneys for Plaintiff
14 | Toyota Motor Corporation
```

FILED
CLERK, U S DISTRICT COURT
AUG - 6 2007
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| TOYOTA MOTOR CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>HYUNDAI MOTOR COMPANY, a Republic of Korea company; and HYUNDAI MOTOR AMERICA, a California corporation,<br><br>Defendants. | CASE NO. CV07-1822 FMC (JCx)<br><br>and Order of<br>**NOTICE OF DISMISSAL** |

DOCKETED ON CM
AUG - 7 2007

1   WHEREAS, Plaintiff Toyota Motor Corporation and Defendants Hyundai
2   Motor Company and Hyundai Motor America have entered into an agreement to,
3   among other things, settle this action.
4   WHEREAS, Defendants Hyundai Motor Company and Hyundai Motor
5   America have not yet served an answer or a motion for summary judgment.
6   NOW, THEREFORE, Plaintiff Toyota Motor Corporation hereby provides
7   Notice that:
8   Subject to the terms of the confidential Settlement Agreement among the
9   parties to this action, all claims asserted herein are hereby DISMISSED WITH
10  PREJUDICE, AND WITHOUT COSTS, pursuant to Fed. R. Civ. P. 41(a)(1).

13  Dated: August 3, 2007

15  By /s/ Jeffrey D. Wexler
16  Jeffrey D. Wexler, State Bar No. 132256
    LUCE, FORWARD, HAMILTON &
17  SCRIPPS LLP
    601 South Figueroa, Suite 3900
18  Los Angeles, California  90017

19  Steven P. Weihrouch
    Richard D. Kelly
20  Robert C. Mattson
    Alexander E. Gasser
21  Eric W. Schweibenz
    OBLON, SPIVAK, McCLELLAND, MAIER
22  & NEUSTADT, P.C.
    1940 Duke Street
23  Alexandria, Virginia  22314

24  Attorneys for Plaintiff Toyota Motor
    Corporation